566

No. 671, October Term 1937. SCHULTZ *v.* LIVE STOCK NATIONAL BANK, ADMINISTRATOR. October 17, 1938. Motion for leave to file a third petition for rehearing denied. See 302 U. S. 766; 303 U. S. 666; 304 U. S. 590.

No. 374. KALB *v.* LUCE ET AL.; and
No. 375. KALB ET AL. *v.* FEUERSTEIN ET AL.

Decided October 24, 1938. *Per Curiam:* The appeals herein are dismissed for want of final judgments. *Missouri Ry. Co.* v. *Olathe,* 222 U. S. 185; *O'Mara* v. *Crampton,* 267 U. S. 575; *Manassas Park, Inc.,* v. *Robertson,* 274 U. S. 716; *American Bakeries Co.* v. *Huntsville,* 299 U. S. 514. *Mr. William Lemke* for appellants. *Mr. J. Arthur Moran* for respondents. Reported below: 228 Wis. 519, 525; 279 N. W. 685; 280 N. W. 725.

No. —, original. EX PARTE LOUISE DEAN MOYER. October 24, 1938. Motion for leave to file petition for writ of mandamus denied.

No. —, original. EX PARTE TAYLOR SEALS. OCTOBER 24, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 277. LOOMIS ET AL. *v.* FIRST FEDERAL SAVINGS & LOAN ASSN. Certiorari, *ante,* p. 564, to the Circuit Court of Appeals for the Seventh Circuit. October 24, 1938. Motion of the United States for leave to intervene granted. *Solicitor General Jackson* for the United States.